JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY BROWN, | ) | CASE NO. CV 17-8282-PSG (PJW) |
| Petitioner, | ) ) | |
| | ) | J U D G M E N T |
| v. | ) ) | |
| RAYMOND MADDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 9/25/18

_____
PHILIP GUTIERREZ
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\CV 17-8282 PSG (PJW) Judgment.wpd